RECEIVED
FEB 05 2001
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Roger P. Schulte,

Plaintiff,

vs.

Werner Co., a Pennsylvania corporation, licensed to do business in the State of Minnesota, and Florida Ladder Co., formerly a Florida corporation, now known as Werner Co.,

Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Civil File No. 00-293JRT/RLE

The above parties to this lawsuit hereby stipulate and agree as follows:

1. That the above-captioned lawsuit shall be dismissed without prejudice, and shall not operate as an adjudication on the merits, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: 2-1-01

SOUCIE, BUCHMAN & BOLT, LTD.

By [signature]
John T. Buchman, I.D. #15779X
Todd E. Gadtke, I.D. #0276704
Attorneys for Plaintiff
100 Anoka Office Center
2150 Third Avenue North
Anoka, MN 55303
(612) 427-8888

FILED FEB 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: ________________

TRIBLER, ORPETT & CRONE

By ______________________________
Michael Meyer, I.D. # 06193712
Attorneys for Defendants
30 North LaSalle, Suite 2200
Chicago, IL 60602

Dated: 2/5/2001

BY THE COURT:

______________________________
The Honorable John R. Tunheim